# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAMIEN RE'JEAN HYDE

NO. 2025 KW 0511

JUNE 11,2025

In Re:     Damien Re'jean Hyde, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 1297-F-2025.

BEFORE:   McCLENDON, C.J., GREENE, STROMBERG, JJ.

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include copies of the district court's ruling on the motion at issue herein, the relevant criminal court minutes, the bail hearing transcript, and any other pertinent documents from the district court record. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before August 15, 2025. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT